# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1490.  NICOLA HUDSON v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR et al.**

In this direct appeal, Nicola Hudson seeks review of the superior court's order affirming a decision of the Georgia Department of Labor, which denied Hudson's claim for unemployment benefits.  We lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), appeals from orders of superior courts reviewing decisions of state administrative agencies must be initiated by filing an application for discretionary review.  See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000).  Hudson's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  04/20/2017
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , *Clerk.*